SALISBURY LEGAL CORP.
Lawrence J. Salisbury (SBN 179748)
656 5th Ave., Suite R
San Diego, California 92101
Telephone: (619) 241-2763
Email: lsalisbury@salisburylegal.com

Attorneys for Plaintiff, individually, and all others similarly situated

MICHAEL J. DUVALL (Bar No. 276994)
michael.duvall@dentons.com
POOJA L. SHAH (Bar No. 330550)
pooja.l.shah@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Tel: (213) 623-9300
Fax: (213) 623-9924

GRANT J. ANKROM (*pro hac vice*)
Grant.ankrom@dentons.com
MICHAEL E. HARRISS (*pro hac vice*)
michael.harriss@dentons.com
DENTONS US LLP
211 N. Broadway, Suite 3000
St. Louis, MO 63102-2741
Tel: (314) 241-1800
Fax: (314) 259-5959

SARAH E. TREVINO (*pro hac vice*)
sarah.trevino@dentons.com
DENTONS US LLP
303 Peachtree Street, NE, Suite 5300
Atlanta, GA 30308
Tel: (404) 527-4000
Fax: (404) 527-4198

Attorneys for Defendant
TARGET CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEXANDER PANELLI, individually, and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>TARGET CORPORATION,<br><br>Defendant. | Case No. 3:24-cv-02748-SK<br><br>**STIPULATION TO TRANSFER ACTION TO THE SOUTHERN DISTRICT OF CALIFORNIA**<br><br>Judge:   Magistrate Judge Sallie Kim |

Pursuant to the Stipulation of Plaintiff Alexander Panelli and Defendant Target Corporation and 28 U.S.C. § 1404(a), and good cause appearing, this action shall be transferred to the United States District Court for the Southern District of California.  The Clerk of Court shall effect such transfer forthwith.

**IT IS SO ORDERED.**

Dated:  July 15, 2024



Hon. Sallie Kim